IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02053-RPM

GENERAL ELECTRIC COMPANY,
DATEX-OHMEDA INC.,

       Plaintiffs,

v.

JAMES GALBIATI,

       Defendant.

---

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

---

       On August 29, 2013, the plaintiffs filed a motion for temporary restraining order (10) to enjoin the defendant, James Galbiati, from transferring his interest in U.S. Patent No. 6,985,762 which the plaintiffs claim must be assigned to Datex-Ohmeda, Inc. The allegations of the complaint and in the motion are not sufficient to support *ex parte* relief. In the complaint, the plaintiffs allege that Datex-Ohmeda "hired Defendant as a software engineer" and that he became part of a research group to develop software relating to pulse monitoring; that Datex-Ohmeda filed a patent application listing the defendant as a co-inventor; that the patent was granted; that the other co-inventors assigned the patent to Datex-Ohmeda and that G.E. has demanded an assignment from the defendant who has refused. The plaintiffs seek a declaratory judgment and assert a breach of contract for an employment contract or implied employment contract. There is no detail provided for those conclusory allegations. The plaintiffs did not file

a copy of the patent or any employment agreement.  The date of issuance of the patent has not been provided.

The plaintiffs seek to preserve the status quo but have failed to show what that is.  Apparently there has been a long delay in asserting the claim now being made.  The plaintiffs have not provided sufficient support for the findings necessary for the entry of a temporary restraining order under Fed.R.Civ.P. 65 and it is therefore:

ORDERED that the motion for a temporary restraining order is denied.

Date:  August 30, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge