IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02053-RPM

GENERAL ELECTRIC COMPANY,
DATEX-OHMEDA INC.,

    Plaintiffs,

v.

JAMES GALBIATI,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS
_____

    On October 21, 2013, the defendant filed a motion to dismiss [14]. The plaintiff responded [16], in addition the plaintiff filed an amended complaint [17]. On October 31, 2013, the defendant filed a motion to dismiss the amended complaint and a reply brief in support of the original motion to dismiss. Upon review of the papers filed, this Court finds and concludes that the complaint and the amended complaint sufficiently allege diversity jurisdiction and the defendant's efforts to assert that the amount in controversy, being the value of the patent in issue are without merit. It is therefore

    ORDERED that the motions to dismiss are denied and the defendant shall answer the amended complaint.

    DATED: November 19th, 2013

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior Judge