IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02053-RPM

GENERAL ELECTRIC COMPANY,
DATEX-OHMEDA INC.,

      Plaintiffs,

v.

JAMES GALBIATI,

      Defendant.

_____

ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
DECLARATION AND CLARIFICATION OF THE ORDER TO FILE DECLARATION
_____

On consideration of the motion, filed July 29, 2014, (Doc.29) and the Plaintiffs'

opposition, filed July 30, 2014, (Doc.30) it is now

ORDERED that the defendant James Galbiati shall have to and including August

20, 2014, within which to file the declaration required by this Court's order of July 18,

2014, (doc. 28) and the discovery deadline is extended to and including September 17,

2014.  The request for clarification of the order is denied.  As the plaintiffs recognize, the

order is limited to any claim of an interest in whatever is James Galbiati's apparent

interest in the ownership of the subject patent and does not require including whatever

other interests or claims there may be.

      DATED:   July 31st, 2014

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge