IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02053-RPM

GENERAL ELECTRIC COMPANY,
DATEX-OHMEDA INC.,

    Plaintiffs,

v.

JAMES GALBIATI,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT AND EXTENDING
DISCOVERY DEADLINE
_____

    Upon review of Plaintiffs' Unopposed Motion for Leave to File Second amended Complaint and to Amend Scheduling Order [35], it is

    ORDERED that the motion is granted and the Second Amended Complaint attached thereto is accepted for filing.  It is

    FURTHER ORDERED that the discovery deadline is extended to and including October 23, 2014, and the deadline to file dispositive motions is extended to and including November 20, 2014.

    DATED:   October 9th, 2014

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior Judge