IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02053-RPM

GENERAL ELECTRIC COMPANY,
DATEX-OHMEDA INC.,

    Plaintiffs,

v.

JAMES GALBIATI,
JANET BYCHEK,

    Defendants.

_____

ORDER DENYING MOTION TO AMEND SCHEDULING ORDER
_____

On November 19, 2014, Counsel for Defendants filed a motion to amend scheduling order. The plaintiffs filed an opposition November 20, 2014 [Doc. 46] and the defendants filed a reply [Doc 48]. Because the proposed additional discovery does not relate to adding the defendant Janet Bychek, it is

ORDERED that the motion to amend scheduling order is denied.

DATED:   December 12, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge